IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**UNITED STATES OF AMERICA**                                                           **PLAINTIFF**

v.                              **CASE NO. 2:19-CV-00067-BSM**

**DANIEL BILLINGSLEY;**
**STEPHANIE BILLINGSLEY;**
**PARTNERS BANK f/k/a**
**HELENA NATIONAL BANK;**
**AND JOHN SAIN**                                                                     **DEFENDANTS**

## ORDER

The United States of America's motion for default judgment [Doc. No. 19] is granted.

Defendant Partners Bank was served on July 2, 2019; defendants Daniel Billingsley and Stephanie Billingsley were served on September 10, 2019; and defendant John Sain was served on January 4, 2020. Defendants failed to respond. A clerk's default was entered on September 11, 2020 as to Partners Bank and John Sain, and a clerk's default was entered on September 14, 2020 as to Daniel Billingsley and Stephanie Billingsley. Doc. Nos. 15–18. Copies of the clerk's entry of default were mailed to the respective defendants, but none responded. The United States moved for default judgment, and defendants have not responded. Doc. No. 19.

Judgment is therefore entered in favor of the United States. It is awarded judgment *in rem* in the amount of $405,188.23 in unpaid principal and interest as of September 10, 2020 and accruing thereafter at the rate of $25.5920 per day. Mot. Default Judgment at 1,

Doc. No. 19.  If payment is not made to the United States Department of Agriculture ("USDA"), Farm Service Agency ("FSA") within ten days, foreclosure sale is authorized.

The complaint seeks foreclosure on a single tract of land, which is subject to mortgages securing loans from the USDA FSA.  The tract is described thusly:

> A fractional part of the Northeast Quarter (NE 1/4) of the Northeast Quarter (NE 1/4) of Section Twenty-six (26), Township Three North (T3N), Range One East (RIE), being more particularly described as follows: Beginning at a point 1,130 feet South of the Northeast corner of said Section Twenty-six (26); thence run South 88°30' West 300 feet along a pasture fence to an iron pipe stake; thence run South 150 feet to an iron pipe stake; thence run North 88°30' East 300 feet to the said East line of said Section Twenty-six (26); thence run North along said East line 150 feet to the point of beginning, containing 1.0 acre, more or less.

If the judgment is unpaid within ten days, the United States Marshal is directed to sell the property at public auction to the highest bidder by certified check, or on a credit of 60 days, at the Lee County Courthouse, Marianna, Arkansas, with the date and time of sale to be fixed by the Marshal.  If purchased on credit, payment of the purchase price shall be secured by one of the following methods, at the option of the purchaser: furnish a corporate surety bond, furnish a letter of credit from a financial institution, or post a 10% down payment by certified check.  The corporate surety bond, or letter of credit, shall be in the amount of the purchase price, plus interest at the rate of 10% per annum from date of sale, and shall be subject to the Marshal's approval.  The 10% down payment shall be forfeited in the event of failure to pay for the property within 60 days, in which event the Marshal shall resell the property.  If the down payment is paid, the purchaser shall pay interest on the balance of the purchase price at the rate of 10% per annum from date of sale.  A lien against

the property shall be retained to secure payment of the purchase price. The property shall be sold subject to any unpaid property taxes. If the United States of America is the purchaser at such sale for a sum equal to or less than the indebtedness owed to plaintiff as of the date of sale, it may credit its bid against the amount of the debt, and this credit shall be an extinguishment of the debt to the extent of the credit. The Marshal shall give notice of the sale as required by 28 U.S.C. section 2002; he or she shall promptly report the result of the sale to the court.

Upon the sale of the property, all right, title, claim, interest, estate, equity and statutory right of redemption, and all rights of dower, curtesy, and homestead, of each of the defendants herein in and to the property, and every part thereof, shall from that date be foreclosed and forever barred.

The purchaser at the sale, after payment of the purchase price, shall be given possession upon demand and the Clerk of this Court is hereby authorized and directed to issue writs of assistance to the United States Marshal for the Eastern District of Arkansas, who will proceed to place the purchaser in possession of the property.

The sale proceeds, after expenses of sale, shall be paid and distributed to the USDA FSA, to the extent of the Judgment *in rem* herein awarded to the United States of America. Any surplus remaining shall be retained by the Marshal, subject to further orders of the court.

Jurisdiction over this cause will be retained for the making of such further orders as may be necessary to effectuate this Judgment.

IT IS SO ORDERED this 30th day of September, 2020.

                                                  /s/ Brian S. Miller
                                        UNITED STATES DISTRICT JUDGE