IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                              CASE NO. 2:19-CV-00067-BSM

DANIEL K. BILLINGSLEY;
STEPHANIE BILLINGSLEY;
PARTNERS BANK, FORMERLY
HELENA NATIONAL BANK
AND JOHN SAIN                                                      DEFENDANTS

## ORDER OF DISTRIBUTION

On December 3, 2020, at the Lee County courthouse, Marianna, Arkansas, the United

States Marshal Service sold the land described in the Judgment entered on September 30,

2020.   The Marshal has received payments totaling $37,133 from the purchaser.   The

Marshal shall transfer the sale proceeds to the U.S. Department of Agriculture, Farm Service

Agency, Federal Building, 700 West Capitol, Room 3416, Little Rock, Arkansas, and notify

plaintiff's counsel, Assistant U.S. Attorney Richard M. Pence, Jr., by sending him a copy of

the transfer documents.   The Marshal may deduct the expenses it incurred in performing the

sale, in the amount of $659.15, from the money collected from the foreclosure sale, and send

the remaining funds to USDA, FSA.

IT IS SO ORDERED this 4th day of October, 2021.


_____
UNITED STATES DISTRICT JUDGE