IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

v.                       **CASE NO. 2:19-CV-00067-BSM**

**DANIEL K. BILLINGSLEY;
STEPHANIE BILLINGSLEY;
PARTNERS BANK, FORMERLY
HELENA NATIONAL BANK
AND JOHN SAIN**

                                                                          **DEFENDANTS**

## ORDER CONFIRMING MARSHAL'S SALE AND APPROVING MARSHAL'S DEED

The United States Marshal's report of the sale conducted in satisfaction of the judgment entered on September 30, 2020, has been filed.  According to the report, the time, terms and place of the sale were advertised as required by law in a newspaper regularly issued and having general circulation in Lee County, Arkansas, for four consecutive weeks, the last publication being on November 2, 2020.  Moreover, the sale was held at the Lee County Courthouse, Marianna, Arkansas, on December 3, 2020 at 10:30 a.m., in conformity with the judgment.  At that sale, the property was sold to Jeff Hill for $37,133 because that was the highest bid.

IT IS, THEREFORE, ORDERED that the actions of the Marshal in advertising and selling the property are, in all respects, approved and the purchase price of $37,133 shall be paid to the  United States of America as provided in the Order of Distribution. The United States Marshal's expenses in the amount of $659.15 are approved.

The Marshal's Deed, a copy of which was submitted with his report of sale, is approved. The Marshal is directed to immediately deliver the deed to the purchaser named in his report of sale, and the purchaser should be given possession of the property. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application, directed to the United States Marshal, who shall proceed to place the purchaser in possession of the property.

IT IS SO ORDERED this 6th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE